IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **LUFKIN RETAIL, LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 9:16-CV-00087** |
| | § | |
| **SENECA SPECIALTY INSURANCE** | § | |
| **COMPANY AND BASS** | § | |
| **UNDERWRITERS, INC.** | § | |
| **Defendants.** | § | |
| | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, Lufkin Retail, LLC, and Defendant Seneca Specialty Insurance Company, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

### I.

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally settled.  Plaintiff no longer desires to prosecute this suit against Defendant Seneca Specialty Insurance Company.

### II.

Plaintiff and Defendant move this Court to dismiss this case with prejudice, as to Defendant, with all costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice.

---

Respectfully submitted,


/s/ Van Gardner
David K. Mestemaker
State Bar No. 13974600
Van Gardner
State Bar No. 07656800
MESTEMAKER & STAUB
3100 Timmons Ln., Suite 455
Houston, Texas 77027
Telephone:    (713) 626-8900
Facsimile:    (713) 626-8910
Email:  dkm@msandz.com
            vgardner@msandz.com

**COUNSEL FOR PLAINTIFF
LUFKIN RETAIL, LLC**


/s/ Christina de la Garza
Daniel P. Buechler
State Bar No. 24047756
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  dbuechler@thompsoncoe.com

Christina de la Garza
State Bar No. 24061898
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos St., Suite 1500
Austin, Texas 78701
Telephone:    (512) 703-8200
Facsimile:    (512) 708-8777
Emails:  cdelagarza@thompsoncoe.com

James N. Isbell
State Bar No. 10431900
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1600
Houston, Texas 77056
Telephone:      (713) 403-8210
Facsimile:      (713) 403-8299
Emails: jamesisbell@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**SENECA SPECIALTY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2017, the foregoing motion was served by certified mail, return receipt requested upon the following counsel of record for Plaintiff:

David K. Mestemaker
Van Gardner
MESTEMAKER & STRAUB
3100 Timmons Ln., Suite 455
Houston, Texas 77027
Telephone:      (713) 626-8900
Facsimile:      (713) 626-8910
Emails:  dkm@msandz.com
                vgardner@msandz.com

**COUNSEL FOR PLAINTIFF**
**LUFKIN RETAIL, LLC**

/s/ Christina de la Garza
Christina de la Garza

---

**AGREED MOTION OF DISMISSAL WITH PREJUDICE – PAGE 3**
2776898v1
01446.107