**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUFKIN RETAIL, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 9:16-cv-87 |
| v. | § | |
| | § | JUDGE RON CLARK |
| SENECA SPECIALTY INSURANCE CO., | § | |
| | § | VSL |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

The parties have field an Agreed Motion to Dismiss, requesting that the court dismiss this action with prejudice. (Dkt. # 34). The court is of the opinion that it should grant this Motion.

It is therefore ORDERED that the parties' Motion (Dkt. # 34) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs are taxed to the party incurring the same.

It is further ORDERED that all pending motions are DENIED AS MOOT.

The Clerk is directed to CLOSE this case.

**So Ordered and Signed**
**Aug 21, 2017**

_____
Ron Clark, United States District Judge